UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HUGO ERNESTO CHAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:13-CV-114-TAV-HBG |
| v. | ) |
| | ) |
| AT&T, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. On June 3, 2014, the Court received Mr. Chaves's Application to Proceed In Forma Pauperis on Appeal [Doc. 69], which moves the Court to allow Mr. Chaves to proceed *in forma pauperis* on appeal.

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted to proceed *in forma pauperis* in the District Court may proceed *in forma pauperis* on appeal without further authorization, so long as the Court does not find that the appeal is not taken in good faith or that the litigant is otherwise barred from proceeding *in forma pauperis*. See Fed. R. App. P.

The Court finds that Mr. Chaves was permitted to proceed *in forma pauperis* in his case before the District Court, [see Doc. 4]. The Court has reviewed Mr. Chaves's request and application [Doc. 69], and the Court cannot find that the proposed appeal would be taken in bad faith or that Mr. Chaves is otherwise barred from proceeding *in forma pauperis*.

Based upon the foregoing, the Court finds that Mr. Chaves's request to proceed *in forma pauperis* on appeal **[Doc. 69]** is well-taken, and it is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge

2

Case 3:13-cv-00114-TAV-HBG   Document 70   Filed 06/06/14   Page 2 of 2   PageID #: 764